UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

| | |
|---|---|
| MTR FOODS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MTR IMPORTS, INC.; SUBRAYA MAIYA; and ARUN MAIYA <br><br> Defendants. | Civ. No. **07 CIV 8022** <br><br> RECEIVED <br> SEP 1 2 2007 <br> U.S.D.C. S.D.N.Y. <br> CASHIERS |

**PLAINTIFF MTR FOODS, LTD.'S FEDERAL
RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff MTR Foods, Ltd. ("Plaintiff"), by an through its undersigned counsel, states that Plaintiff lacks a corporate parent and that no publicly held corporation owns ten (10) percent or more of Plaintiff's stock.

Dated: September 12, 2007

Respectfully submitted,

*[signature: Christine A. Pepe]*

Christine A. Pepe (CP5688)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Tel.: 212.547.5400
Fax: 212.547.5444

James W. Soong*
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel.: 650.813.5000
Fax: 650.813.5100

John J. Dabney*
Irina R. Kushner*
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street NW
Washington, DC 20005
Tel.: 202.756.8000
Fax: 202.756.8087

**Not yet admitted pro hac vice*

Attorneys for Plaintiff MTR Foods, Ltd.