# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07CIV8022                                    Date Filed: 9/12/2007

PLAINTIFF:
MTR FOODS, LTD.,

vs.

DEFENDENT:
MTR IMPORTS, INC., et al.,

Received by Court Support Inc on the 13th day of September, 2007 at 1:08 pm to be served on **MTR IMPORTS, INC., 18 W. 194 Holly Avenue, Darien, IL 60561.**

I, Billy Molden - Process Server, being duly sworn, depose and say that on the **20th day of September, 2007** at **6:00 am**, I:

served a CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; PLANTIFF'S MTR FOODS, LTD'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Mary Maiya** as **Secretary** for **MTR IMPORTS, INC.**, at the address of: **18 W. 194 Holly Avenue, Darien, IL 60561**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 22, Sex: F, Race/Skin Color: East Indian, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Billy Molden - Process Server
Process Server

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Court Support Inc
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2007002595

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07CIV8022

Date Filed: 9/12/2007

**PLAINTIFF:**
MTR FOODS, LTD.,

vs.

**DEFENDENT:**
MTR IMPORTS, INC., et al.,

Received by Court Support Inc on the 13th day of September, 2007 at 4:10 pm to be served on **MTR IMPORTS, INC. C/O Illinois Secretary of State, 69 W. Washington Street, Chicago, IL 60602.**

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **20th day of September, 2007 at 1:15 pm**, I:

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; PLANTIFF'S MTR FOODS, LTD'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Barbara Ducal** as Clerk for MTR IMPORTS, INC. C/O Illinois Secretary of State, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 140, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 20th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Court Support Inc
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2007002631

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

| Form **BCA-5.25** (Rev. Jan. 1999) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE | File # 56416269 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>http://www.sos.state.il.us | **FILED**<br>SEP 2 0 2007<br>JESSE WHITE<br>SECRETARY OF STATE | DUPLICATE<br>This space for use by Secretary of State<br>Date 09-20-07<br>Filing Fee  $10.00<br>Approved: WD |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:
   MTR Foods Ltd.
   v.
   MTR Imports, Inc.,                                    first named plaintiff          Number 07 CIV 8022
   Subraya Maiya and Arun Maiya                          first named defendant

2. Name of the corporation being served: MTR Imports, Inc.

3. Title of the court in which an action, suit or proceeding has been commenced: U.S.D.C.

4. Title of the instrument being served: Summons, Complaint, Civil Cover Sheet

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. ☒ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) and (b) above exist; and the action, suit or proceeding has been instituted or has affected the corporation within 5 years thereafter.

   d. ☐ The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 165 Canal St Chgo 60606

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.
   _____ Signature of Affiant     9/20 Month & Day     2007 Year
   (800) 636-1511 Telephone Number

RETURN TO: PLEASE TYPE OR PRINT CLEARLY
Tom Dolan
Name
PMB 154
6351 W Montrose Ave
Chicago IL 60634
City/Town   State   ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**

SEP 2 0 2007

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

C-213.7