Fax                                        Sep 25 2007 10:33am  P004/005

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07CIV8022                                Date Filed: 9/12/2007

**PLAINTIFF:**
**MTR FOODS, LTD.,**

vs.

**DEFENDENT:**
**MTR IMPORTS, INC., et al.,**

Received by Court Support Inc on the 13th day of September, 2007 at 1:08 pm to be served on **Arun Maiya, 165 N. Canal Street, #607, Chicago, IL 60606.**

I, Billy Molden - Process Server, being duly sworn, depose and say that on the **20th day of September, 2007 at 4:00 am, I:**

Served the within named resident by attaching a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF'S MTR FOODS, LTD'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET, with the usual method of service adopted for him by me, to a conspicuous place on the property described within, having first attempted service on 9/13/2007 @ 2:05 PM at 165 N. Canal Street, #607, Chicago, IL 60606 pursuant to State Statutes.

**Additional Information pertaining to this Service:**
The following attempts were also made prior to the completion of service pursuant to NY CPLR 308 (4): 9/13/07 @ 2:05 PM, no answer; 9/13/07 @ 7:45 PM, no answer; 9/14/07 @ 10:00 AM, no answer; 9/14/07 @ 9:00 PM, no answer; 9/15/07 @ 1:00 Pm, no answer; 9/15/07 @ 7:30 PM, no answer; 9/17/07 @ 7:00 AM, no answer; 9/17/07 @ 7:45 PM, no answer; 9/18/07 @ 8:30 PM, no answer; 9/19/07 @ 11:00 PM, no answer.
Copy mailed and marked Personal and Confidential via USPS on 9/21/2007 in the State of Illinois.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Subscribed and Sworn to before me on the 24th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Billy Molden - Process Server
Process Server

Court Support Inc
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2007002597