Fax                    Sep 25 2007 10:36am P005/005

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07CIV8022                                    Date Filed: 9/12/2007

**PLAINTIFF:**
**MTR FOODS, LTD.,**

vs.

**DEFENDENT:**
**MTR IMPORTS, INC., et al.,**

Received by Court Support Inc on the 13th day of September, 2007 at 1:08 pm to be served on **Subraya Maiya, 18 W. 194 Holly Avenue, Darien, IL 60561**.

I, Billy Molden - Process Server, being duly sworn, depose and say that on the **20th day of September, 2007** at **6:00 am, I**:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; PLANTIFF'S MTR FOODS, LTD'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CIVIL COVER SHEET**, with the date and hour of service endorsed thereon by me, to: Mary Maiya as Co-Resident at the address of: 18 W. 194 Holly Avenue, Darien, IL 60561, the within named person's usual place of abode, who resides therein, who is eighteen (18) years of age or older and informed said person of the contents therein.

**Additional Information pertaining to this Service:**
The following attempts were also made prior to serving Mary Maiya, as a person of suitable age and discretion pursuant to NY CPLR 308(2): 9/13/07 @ 4:00 PM, no answer; 9/13/07 @ 8:50 PM, no answer; 9/14/07 @ 6:30 AM, no answer; 9/14/07 @ 6:15 PM, no answer; 9/15/07 @ 11:00 AM, no answer; 9/15/07 @ 9:00 PM, no answer; 9/17/07 @ 1:00 PM, no answer; 9/17/07 @ 10:00 PM, no answer; 9/18/07 @ 8:00 AM, no answer; 9/18/07 @ 7:00 PM, no answer. Subject does live there.
Copy mailed and marked Personal and Confidential via USPS on 9/20/2007 in the State of Illinois.

**Description** of Person Served: Age: 22, Sex: F, Race/Skin Color: East Indian, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

OFFICIAL SEAL
THOMAS F DOLAN III
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/12/09

Subscribed and Sworn to before me on the 24th day of September, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Billy Molden - Process Server
Process Server

Court Support Inc
181 Hillside Avenue
Williston Park, NY 11596
(516) 742-7455

Our Job Serial Number: 2007002596