UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTR FOODS LTD., ) | |
| ) | |
| Plaintiff, ) | 07 Civ. 8022 (JSR) |
| ) | |
| v. ) | |
| ) | |
| MTR IMPORTS, INC.; SUBRAYA ) | |
| MAIYA; and ARUN MAIYA ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF MTR FOODS LTD.'S AMENDED FEDERAL
RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff MTR Foods Ltd. ("Plaintiff"), by and through its undersigned counsel, states that:

Plaintiff is a wholly owned subsidiary of Orkla ASA, which is a publicly traded company located in Oslo, Norway.

Dated: October 3, 2007

Respectfully submitted,

*[signature: Christine A. Pepe]*

Christine A. Pepe (CP5688)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Tel.: 212.547.5400
Fax: 212.547.5444

James W. Soong*
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel.: 650.813.5000
Fax: 650.813.5100

John J. Dabney*
Irina R. Kushner*
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street NW
Washington, DC 20005
Tel.: 202.756.8000
Fax: 202.756.8087

*Not yet admitted pro hac vice*

Attorneys for Plaintiff MTR Foods Ltd.

NYK 1124661-1.080377.0011

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on October 3, 2007 I caused to be served upon the party listed below by first class mail a true and correct copy of the accompanying Plaintiff MTR Foods Ltd.'s Amended Federal Rule of Civil Procedure 7.1 Disclosure Statement.

Panagiota Betty Tufariello, Esq.<br>
The Law Offices of P.B. Tufariello, P.C.<br>
25 Little Harbor Road<br>
Mt. Sinai, NY 11766

Dated: New York, New York
October 3, 2007

Bonnie S. Schwab