**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTR FOODS LTD., ) | |
| ) | |
| Plaintiff, ) | 07 Civ. 8022 (JSR) |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | EXTENDING DEFENDANTS' |
| MTR IMPORTS, INC.; SUBRAYA ) | TIME TO FILE ANSWER |
| MAIYA; and ARUN MAIYA ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the time for the Defendants MTR Imports, Inc., Subraya Maiya and Arun Maiya ("Defendants") to file their Answer to Plaintiff MTR Foods Ltd.'s Complaint is hereby extended to and including November 5, 2007. Defendants waive any challenges to Plaintiff's Complaint under Rules 4 and 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-18-07
```

Dated: New York, New York
October 15, 2007

_____
Christine A. Pepe (CP5688)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Tel.: 212.547.5400
Fax: 212.547.5444

James W. Soong*
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel.: 650.813.5000
Fax: 650.813.5100

John J. Dabney*
Irina R. Kushner*
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street NW
Washington, DC 20005
Tel.: 202.756.8000
Fax: 202.756.8087
*Not yet admitted pro hac vice

Attorneys for Plaintiff

_____
Panagiota Betty Tufariello (PBT3429)
LAW OFFICES OF P.B. TUFARIELLO, P.C.
25 Little Harbor Road
Mt. Sinai, NY 11766
Tel: 631.476.8734
Fax: 631.476.8737

Attorney for Defendants

So Ordered:

_____
Honorable Jed S. Rakoff
U.S.D.J.
10-18-07

NYK 1125125-2.080377.0011