UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTR FOODS LTD. and AMTRADE INC. <br><br> Plaintiffs, <br><br> v. <br><br> MTR IMPORTS, INC.; SUBRAYA MAIYA; and ARUN MAIYA <br><br> Defendants. | 07 Civ. 8022 (JSR) |

## RULE 7.1 DISCLOSURE STATEMENT
## OF PLAINTIFFS MTR FOODS LTD. AND AMTRADE INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs MTR Foods Ltd. and Amtrade Inc. ("Plaintiffs"), by and through their undersigned counsel, state that:

(1) Plaintiff MTR Foods Ltd. is a wholly owned subsidiary of Orkla ASA, which is a publicly traded company located in Oslo, Norway.

(2) Plaintiff Amtrade Inc. lacks a corporate parent and no publicly held corporation owns ten (10) percent or more of its stock.

Dated: October 19, 2007

Respectfully submitted,

*/s/ Christine A. Pepe*

Christine A. Pepe (CP5688)
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173-1922
Tel.: 212.547.5400
Fax: 212.547.5444

James W. Soong*
McDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304
Tel.: 650.813.5000
Fax: 650.813.5100

John J. Dabney*
Irina R. Kushner*
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street NW
Washington, DC 20005
Tel.: 202.756.8000
Fax: 202.756.8087

*Pro hac vice Admission Pending*

Attorneys for Plaintiffs MTR Foods Ltd. and Amtrade Inc.

NYK 1127554-1.080377.0011

## CERTIFICATE OF SERVICE

     I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on October 19, 2007, I caused to be served upon Defendants' attorney of record listed below, via U.S. and Electronic Mail, true and correct copies of the RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS MTR FOODS LTD. AND AMTRADE INC. and AMENDED COMPLAINT:

     P. Betty Tufariello
     Intellectulaw
     Law Office of P.B. Tufariello P.C.
     25 Little Harbor Road
     MT Sinai, New York 11766
     Phone: 631-476-8734
     Facsimile: 631-476-8737

Dated: New York, New York
       October 19, 2007

*Lisa M. Allen*
Lisa M. Allen

NYK 1127457-1.080377.0011