ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MTR FOODS LTD., )
)
    Plaintiff, )
) 07 Civ. 8022 (JSR)
v. )
) **MOTION TO ADMIT**
MTR IMPORTS, INC.; SUBRAYA ) **JOHN J. DABNEY**
MAIYA; and ARUN MAIYA ) ***PRO HAC VICE***
)
    Defendants. )
)

Pursuant to Local Civil Rule 1.3(c), I, Christine A. Pepe, a member in good standing of the bar of this Court, hereby move for an Order allowing the *pro hac vice* admission of:

John J. Dabney
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street NW
Washington, DC 20005
Tel.: 202.756.8000
Fax: 202.756.8087

John J. Dabney is a member in good standing of the Bar of the District of Columbia, and there are no pending disciplinary proceedings against him in any state or federal court.

Dated: October 18, 2007
New York, New York

                Respectfully Submitted,

                *Christine A. Pepe*
                Christine A. Pepe (CP5688)
                McDERMOTT WILL & EMERY LLP
                340 Madison Avenue
                New York, NY 10173-1922
                Phone: (212)-547-5400
                Facsimile: (212)-547-5444

NYK 1122770-1.080377.0011

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTR FOODS LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MTR IMPORTS, INC.; SUBRAYA )<br>MAIYA; and ARUN MAIYA )<br>)<br>Defendants. )<br>_____ ) | 07 Civ. 8022 (JSR)<br><br>AFFIDAVIT OF CHRISTINE<br>A. PEPE IN SUPPORT OF<br>MOTION TO ADMIT JOHN J.<br>**DABNEY *PRO HAC VICE*** |

State of New York    )
                     )
County of New York   )

Christine A. Pepe, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at McDermott Will & Emery LLP and counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John J. Dabney as counsel, *pro hac vice*, to represent Plaintiff in the above captioned matter.

2. I am a member of good standing of the bar of the State of New York and was admitted to practice law in April of 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Mr. Dabney since November 2005.

4. John J. Dabney is a partner at McDermott Will & Emery LLP, Washington, DC.

5. I have found Mr. Dabney to be a very skilled attorney as well as a person of high integrity. He is very experienced in all matters of Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of John J. Dabney, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John J. Dabney, *pro hac vice*, which is attached as Exhibit A.

-2-

WHEREFORE it is respectfully requested that the Motion to Admit John J. Dabney *pro hac vice* to represent Plaintiff in the above captioned matter, be granted.

Dated: 10/18/2007
New York, New York

Respectfully submitted,

*Christine A. Pepe*
Christine A. Pepe (CP5688)

Sworn to before me this
18th of October, 2007

*Satara P. Richards*
Notary Public

**SATARA P. RICHARDS**
**Notary Public, State of New York**
**No. 01RI5036447**
**Qualified In Bronx County**
**Commission Expires Nov. 30, 2008**

NYK 1122776-1.080377.0011



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN J. DABNEY

was on the  6TH  day of  JANUARY, 2003  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 16, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S.C. §1746, that on October 18, 2007, I caused to be served upon Defendants' attorney of record listed below, via U.S. Mail, true and correct copies of Motion to Admit John J. Dabney *Pro Hac Vice*, Affidavit of Christine A. Pepe in Support of Motion to Admit John J. Dabney *Pro Hac Vice*, Order Granting John J. Dabney Admission *Pro Hac Vice*, Motion to Admit James W. Soong *Pro Hac Vice*, Affidavit of Christine A. Pepe in Support of Motion to Admit James W. Soong *Pro Hac Vice*, Order Granting James W. Soong Admission *Pro Hac Vice*, and relevant certificates of good standing:

P. Betty Tufariello
Intellectulaw
Law Office of P.B. Tufariello P.C.
25 Little Harbor Road
MT Sinai, New York 11766


Dated: New York, New York
       October 18, 2007

_____
Robert J. Candella

NYK 1127457-1.080377.0011