UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTR FOODS LTD., | ) |
| Plaintiff, | ) 07 Civ. 8022 (JSR) |
| v. | ) |
| MTR IMPORTS, INC.; SUBRAYA MAIYA; and ARUN MAIYA | ) ORDER GRANTING JAMES W. SOONG ADMISSION *PRO HAC VICE* |
| Defendants. | ) |

This matter having come before the Court by motion of counsel for the Plaintiff pursuant to Local Civil Rule 1.3(c), to admit James W. Soong, *pro hac vice*, in this action:

IT IS HEREBY ORDERED that James W. Soong be admitted *pro hac vice* as attorney for Plaintiff.

Dated: 10-25-07

Hon. Jed S. Rakoff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-07