UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MTR FOODS LTD., <br><br> Plaintiff, <br><br> v. <br><br> MTR IMPORTS, INC.; SUBRAYA MAIYA; and ARUN MAIYA <br><br> Defendants. | 07 Civ. 8022 (JSR) <br><br> ORDER GRANTING JOHN J. DABNEY ADMISSION *PRO HAC VICE* |

This matter having come before the Court by motion of counsel for the Plaintiff pursuant to Local Civil Rule 1.3(c), to admit John J. Dabney, *pro hac vice*, in this action:

IT IS HEREBY ORDERED that John J. Dabney be admitted *pro hac vice* as attorney for Plaintiff.

Dated: 10-25-07

_____
Hon. Jed S. Rakoff



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-29-07