## CERTIFICATE OF SERVICE

   I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that on November 30, 2007, I caused to be served upon Defendants' attorney of record listed below, via U.S. and Electronic Mail, true and correct copies of the **PLAINTIFFS MTR FOODS LTD. AND AMTRADE INC.'S REPLY TO DEFENDANTS MTR IMPORTS, INC., SUBRAYA MAIYA, AND ARUN MAIYA'S COUNTERCLAIMS:**

  P. Betty Tufariello
  Intellectulaw
  Law Office of P.B. Tufariello P.C.
  25 Little Harbor Road
  MT Sinai, New York 11766
  Phone: 631-476-8734
  Facsimile: 631-476-8737

Dated: New York, New York
   November 30, 2007

                 _____
                 Christine A. Pepe

NYK 1134098-1.080377.0011